

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-13-00099-CV, 04-13-00100-CV,
and 04-13-00101-CV

**EX PARTE** Sean C. **MCNAMARA**

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. 121073B, 121074B, and 121075B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against Appellant Sean C. McNamara.

SIGNED March 26, 2014.

_____
Patricia O. Alvarez, Justice